RICHARD A. WILLIAMSON, as Successor Liquidating Trustee on Behalf of LIPPER CONVERTIBLES, L.P., and LIPPER FIXED INCOME FUND, L.P., Respondent, v PRICEWATERHOUSECOOPERS LLP, Appellant.

Submitted March 26, 2007; decided March 29, 2007

Motion by Ross Fuerman for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.